# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

IN RE: ESTATE OF HENRY STEPHENS,   :   No. 61 MAL 2018
DECEASED   :
  :
  :   Petition for Allowance of Appeal from
PETITION OF: RICHARD C. STEPHENS   :   the Order of the Superior Court

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 18th day of July, 2018, Application for Leave to File a Surreply to Respondent's False Statement in the Opposition Answer to the Petition for Allowance of Appeal and the Petition for Allowance of Appeal are **DENIED**.